

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00039-CV

**IN THE INTEREST OF J.E.G., B.M.A. JR., AND A.G.A., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00239
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On February 25, 2022, appellant filed a Motion for En Banc Reconsideration of Memorandum Opinion and Judgment. Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court